### (February 28, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JEFFERSON, Appellant.— On the court's own motion the decision of this court dated February 7, 1966 is hereby amended to read as follows: "In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, entered August 10, 1965, which denied his application and dismissed his petition. Order affirmed. No opinion. Beldock, P. J., Ughetta, Hill, Rabin and Benjamin, JJ., concur." An order will be entered accordingly. Beldock, P. J., Ughetta, Hill, Rabin and Benjamin, JJ., concur.